Matter of Ment v Onondaga County Comm. of Conservative Party of N.Y. State (2026 NY Slip Op 01676)

Matter of Ment v Onondaga County Comm. of Conservative Party of N.Y. State

2026 NY Slip Op 01676

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, AND OGDEN, JJ.

193 CAE 25-00574

[*1]IN THE MATTER OF BERNARD MENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAIRPERSON OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE AND COMMITTEE MEMBER DEWITT DISTRICT 9, JOHN A. MULHALL, INDIVIDUALLY AND AS A FORMER CHAIRPERSON OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE AND COMMITTEE MEMBER VANBUREN DISTRICT 9, THOMAS. DADEY, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS VICE CHAIR AT LARGE PERSON OF ONONDAGA COUNTY COMMITTEE OF CONSERVATIVE PARTY OF NEW YORK STATE AND COMMITTEE MEMBER DEWITT DISTRICT 3, PAUL F. BECALLO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CICERO TOWN CHAIR OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE AND COMMITTEE MEMBER CICERO DISTRICT 22 AND SUSAN T. VICKERS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CAMILLUS TOWN CHAIR OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE AND COMMITTEE MEMBER CAMILLUS DISTRICT 11, PETITIONERS-PLAINTIFFS-APPELLANTS, V
vONONDAGA COUNTY COMMITTEE OF CONSERVATIVE PARTY OF NEW YORK STATE, ROBERT GRAHAM, IN HIS CAPACITY AS EXECUTIVE VICE-CHAIR AND VICE-CHAIR-AT-LARGE OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY
OF NEW YORK STATE, NANCY ROBERTS, IN HER CAPACITY AS SECRETARY OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE, CHRISTINE VARGA, IN HER CAPACITY AS PUTATIVE CHAIR OF ORGANIZATION MEETING OF OCTOBER 6, 2024 OF ONONDAGA COUNTY COMMITTEE OF THE CONSERVATIVE PARTY OF NEW YORK STATE, NEW YORK STATE BOARD OF ELECTIONS AND ONONDAGA COUNTY BOARD OF ELECTIONS, RESPONDENTS-DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

AARON MARK ZIMMERMAN, ESQ., P.C., SYRACUSE (AARON M. ZIMMERMAN OF COUNSEL), AND GARY J. LAVINE, FOR PETITIONERS-PLAINTIFFS-APPELLANTS.
ROBERT F. JULIAN, UTICA, FOR RESPONDENTS-DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Onondaga County (William F. Ramseier, J.), entered March 21, 2025, in a proceeding pursuant to Election Law article 16 and CPLR article 78 and declaratory judgment action. The order denied the motion of petitioners seeking leave to reargue and renew.
It is hereby ORDERED that said appeal from the order insofar as it denied leave to reargue, and insofar as taken by petitioner-plaintiff Bernard Ment, individually and as Chairperson of Onondaga County Committee of the Conservative Party of New York State and Committee Member Dewitt District 9, is unanimously dismissed and the order is affirmed [*2]without costs.
Same memorandum as in Matter of Ment v Onondaga County Comm. of Conservative Party of N.Y. State ([appeal No. 1] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court